# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GLENN E. TOLLEY

VERSUS

ACE AMERICAN INSURANCE
COMPANY, BRUNARD HENDERSON,
AND WASTE CONNECTIONS BAYOU,
INC.

NO.  2020 CW 1008

DECEMBER 30, 2020

---

In Re:   Ace American Insurance Company, Brunard Henderson, and
         Waste Connections Bayou, Inc., applying for
         supervisory writs, 21st Judicial District Court,
         Parish of Tangipahoa, No. 2018-0002655.

---

BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.

   **WRIT DENIED.**   The criteria set forth in **Herlitz Constr.
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (per curiam) are not met.

                         **JMG**
                         **PMc**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT